## REED v. ABRAHAMSON

No. 23P93

Case below: 102 N.C.App. 318

Petition by defendants (Karen Barwick and Robert Leonard Barwick, Sr.) for writ of certiorari to the North Carolina Court of Appeals denied 11 March 1993. Petition by defendants (Clara

Parks Abrahamson and James Owen Abrahamson) for writ of certiorari to the North Carolina Court of Appeals denied 11 March 1993.